AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

MARCUS EDWARDS PHILLIPS, AS
ADMINSTRATOR OF THE ESTATE OF SUSIE
LUCILLE PHILLPS, DECEASED,
V.
THE CITY OF OPP, ALABAMA, AN ALABAMA
MUNICIPAL CORPORATION; JASON C. BLUE;
DAVID HARRELL; AND BILL SHAW

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CU934-T

TO: (Name and address of Defendant)

City of Opp, An Alabama Municipal Corporation
106 North Main Street
Opp, Alabama 36467

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Matthew Brunson
P. O. Box 358
Elba, Alabama 36323

Of counsel:
Steve Blair
P. O. Box 310843
Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within ____30 70____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                         10/3/05
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

MARCUS EDWARDS PHILLIPS, AS
ADMINSTRATOR OF THE ESTATE OF SUSIE
LUCILLE PHILLPS, DECEASED,

V.

THE CITY OF OPP, ALABAMA, AN ALABAMA
MUNICIPAL CORPORATION; JASON C. BLUE;
DAVID HARRELL; AND BILL SHAW

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV 934-T

TO: (Name and address of Defendant)

Jason C. Blue
C/o Florala P.D.
22654 Wall Ave
Florala, AL 36442

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Matthew Brunson
P. O. Box 358
Elba, Alabama 36323

Of counsel:
Steve Blair
P. O. Box 310843
Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within ___30, 20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
_____
CLERK

(By) DEPUTY CLERK

DATE  10/3/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

MARCUS EDWARDS PHILLIPS, AS
ADMINSTRATOR OF THE ESTATE OF SUSIE
LUCILLE PHILLPS, DECEASED,
V.
THE CITY OF OPP, ALABAMA, AN ALABAMA
MUNICIPAL CORPORATION; JASON C. BLUE;
DAVID HARRELL; AND BILL SHAW

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV934-T

TO: (Name and address of Defendant)

David Harrell
c/o Opp Police Department
106 North Main Street
Opp, Alabama 36467

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Matthew Brunson
P. O. Box 358
Elba, Alabama 36323

Of counsel:
Steve Blair
P. O. Box 310843
Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        10/3/05
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

MARCUS EDWARDS PHILLIPS, AS
ADMINSTRATOR OF THE ESTATE OF SUSIE
LUCILLE PHILLPS, DECEASED,
V.
THE CITY OF OPP, ALABAMA, AN ALABAMA
MUNICIPAL CORPORATION; JASON C. BLUE;
DAVID HARRELL; AND BILL SHAW

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV934-T

TO: (Name and address of Defendant)

Bill Shaw
c/o Opp Police Department
106 North Main Street
Opp, Alabama 36467

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Matthew Brunson
P. O. Box 358
Elba, Alabama 36323

Of counsel:
Steve Blair
P. O. Box 310843
Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                10/3/05
CLERK                                            DATE

(By) DEPUTY CLERK