**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Jason C. Blue
    c/o Florala Police Dept.
    22654 Wall Ave.
    Florala, Alabama
    36467

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jerrell R. Hill_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
_Jerrell R. Hill_

C. Date of Delivery
10/4/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:05CV934-T
SDC
20

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0000 5263 4639

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   B.ll Shaw
   c/o Opp Police Dept
   106 North Main St.
   Opp, Alabama 36467

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☒ Agent  ☐ Addressee

B. Received by (Printed Name): J.W. Smith
C. Date of Delivery: 10-4-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:05CV934-T

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0000 5263 4622

0811 February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _J w hill_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>J. Wisn, Jr | C. Date of Delivery<br>10-4-05 |
| 1. Article Addressed to:<br><br>David Howell<br>c/o Opp Police Dept<br>106 West Main Street<br>Opp, AL 36467 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV934-T<br>JrC | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0000 5263 4646 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |