IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MARCUS EDWARD PHILLIPS,       )
etc.,                         )
                              )
    Plaintiff,                )
                              )          CIVIL ACTION NO.
    v.                        )            2:05cv934-T
                              )
THE CITY OF OPP, ALABAMA,     )
etc., et al.,                 )
                              )
    Defendants.               )

ORDER

It is ORDERED that defendants' motion to dismiss, strike, and limit discovery (Doc. No. 5) is set for submission, without oral argument, on November 14, 2005, with all briefs due by said date.

DONE, this the 28th day of October, 2005.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE