STATE OF ALABAMA )
CITY OF OPP )

**EXHIBIT A**

## NOTICE OF CLAIM

TO:   Clerk for the City of Opp, Alabama

   City Clerk

You are hereby notified that Bonnie Jackson is the natural mother of Susie Lucille Phillips, a missing adult. Bonnie Jackson is a resident of Coffee County, Alabama. Brittany N. Phillips is the natural daughter of Susie Lucille Phillips. Brittany N. Phillips is a resident of Coffee County, Alabama. Jessica J. Holland is the natural daughter of Susie Lucille Phillips. Jessica J. Holland is a resident of Coffee County, Alabama. Susie Lucille Phillips was/is a resident of Covington County, Alabama. On or about February 21, 2003, Susie Lucille Phillips was rendered missing, and possibly murdered, as a result of negligence and/or wantonness and/or other tort which is presently unknown, but will be later ascertained and/or denial of her civil rights, of and by the servants, agents and/or employees of the City of Opp, Alabama.

At the present time, the undersigned is not able to detail each and every act of negligence and/or wantonness and/or other tort and/or denial of her civil rights by or on behalf of the servants, agents, and/or employees of the City of Opp, Alabama, other than to state at this time that the aforesaid parties responsible for the protection and safety of Susie Lucille Phillips negligently and/or wantonly caused or allowed to her to be rendered missing, and possibly murdered.

The claimant hereby demands that the City of Opp, Alabama, immediately furnish the claimants with the correct name or designation of the City of Opp, Alabama including the name of the public or private corporation, if any, which owns or operates the said City of Opp Police Department, in the event it is not named correctly herein. A copy of such notification should be forwarded to Matt Brunson, with the law firm of Jared and Brunson in Elba, Alabama.

If you know of any other person, firm or corporation you deem in anyway responsible for the aforesaid missing person, and possible murder, please inform said attorney of the name and address of such person, firm or corporation immediately.

This notice is given in compliance with Sections 11-47-23, and 11-47-192 of the Code of Alabama.

As a result of the City's negligence, claimants claim of the City of Opp, Alabama, the sum of Five Million Dollars and No/100 ($5,000,000.00), as damages for the disappearance and possible murder of Susie Lucille Phillips, which said occurrence was proximately caused by the negligence and/or wantonness of the City of Opp, Alabama.

*[signature]*

STATE OF ALABAMA)
COUNTY OF COFFEE)

Sworn to and subscribed before me this 21st day of August 2003.

*[signature]*
NOTARY PUBLIC
My Commission Expires: 5-19-07

### ACKNOWLEDGEMENT OF RECEIPT

I hereby acknowledge receipt of the Notice of Claim on the _____ day of _____ 2003, by the office of the City Clerk.

_____
CITY OF OPP

I, Connie Smith, City Clerk, City of Opp, hereby certify that this is a true and correct copy of the records on file in the City Clerk's office, Opp, Alabama.

*[signature]*
Connie Smith, City Clerk

2