IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MARCUS EDWARD PHILLIPS,** **etc.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv934-T |
| **THE CITY OF OPP,** **ALABAMA, etc., et al.,** | ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that all pending motions are set for on-the-record oral argument on December 9, 2005, at 2:00 p.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 7th day of December, 2005.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE