# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE              AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   DECEMBER 9, 2005            AT       2:00       A.M./P.M.

DATE COMPLETED   DECEMBER 9, 2005            AT       2:45       A.M./P.M.

MARCUS EDWARD PHILLIPS, etc.,    )
                                 )
         Plaintiff               )
                                 )
     v                           )   CA No. 2:05-cv-00934-T
                                 )
THE CITY OF OPP, ALABAMA, et al.,)
                                 )
         Defendants              )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Attys Charles Brunson, Steven Blair | X | Attys James Pike, Todd Derrick* |
| | X | (*notice has not been filed) |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   ORAL ARGUMENT (PENDING MOTIONS)

2:00 p.m.    Oral argument heard, by telephone, on pending motions to
             dismiss (5) and to stay discovery (11).  Counts II and III
             of the Complaint will be dismissed, as stated on the record.
             Plaintiff may amend the complaint as to Count I; order to
             issue setting deadline to amend.  Defendant's motion to
             dismiss will be construed as pending as to any amended
             complaint.
2:45 p.m.    Hearing concluded.