IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS EDWARD PHILLIPS, <br> as Administrator of the Estate of <br> Susie Lucille Phillips, deceased, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OPP, ALABAMA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:05-cv-934-T <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Marcus Edward Phillips and defendants the City of Opp, Alabama, Jason C. Blue, David Harrell, and Bill Shaw stipulate to dismissal of this action with prejudice, with each party to bear its own costs.

Dated: December 21, 2005.

/s/ Charles Matthew Brunson
Charles Matthew Brunson (BRU019)
Attorney for Plaintiff
Marcus Edward Phillips

OF COUNSEL:

JARED & BRUNSON
P.O. Box 358
Elba, Alabama 36323
Tel. (334) 897-3507
Fax (334) 897-8550
E-mail: bug1952@charter.net

1

                                          **/s/ James H. Pike**
                                          James H. Pike  (PIK003)
                                          Attorney for Defendants
                                          City of Opp, Alabama, Jason C. Blue, David Harrell, and Bill Shaw

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

2